UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

UNITED STATES OF AMERICA

VS.

GODSPOWER JOSEPH ESSANG

CRIMINAL NO. 5:12-CR-00125

JUDGE Hicks

MAGISTRATE JUDGE HORNSBY

**BILL OF INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT 1</u>
18 U.S.C. § 1956(a)(1)(A)(i)
Money Laundering

A.   AT ALL TIMES RELEVANT HEREIN

1.   The Medicare program (Medicare) was a federal program that provided free or below-cost health care benefits to certain individuals, primarily the elderly, blind and disabled.  The benefits available under Medicare are prescribed by statute and by federal regulations under the auspices of the United States Department of Health and Human Services (HHS), through its agency, the Centers for Medicare and Medicaid Services (CMS).  Individuals receiving benefits under Medicare are commonly referred to as "beneficiaries."

2. Medicare was a "health care benefit program" as defined by Title 18, United States Code, Section 24(b).

3. Medicare included several "parts," including "Part B," which covered certain durable medical equipment (DME), such as braces and orthotics.

4. For Louisiana beneficiaries, Medicare Part B insurance covering DME and related health care benefits, items and services was administered by Cigna Government Services (Cigna). Among other responsibilities, Cigna would receive, adjudicate and pay the claims submitted to them by Medicare beneficiaries, physicians or suppliers of health care items and services.

5. DME companies, physicians and other health care providers that sought to participate in Medicare Part B and bill Medicare for DME and related benefits, items and services were required to apply for and receive a "supplier number." This supplier number allowed a DME company to submit bills, known as "claims," to Medicare to obtain reimbursement for the DME and related health care benefits, items and services that a DME company had supplied to beneficiaries. The supplier could submit claims directly or through a third-party billing company.

6. To receive payment from Medicare, a DME company, using its supplier number, would submit a health insurance claim form, known as a CMS-1500. The CMS-1500 could be submitted electronically or on paper. The

CMS-1500 required DME companies to provide certain information, including: (a) the beneficiary's name; (b) the beneficiary's identification number; (c) the name and identification number of the doctor who ordered the item or service that was the subject of the claim (the referring physician); (d) the health care benefits, items, or services that were supplied or provided to the beneficiary; (e) the billing codes for these benefits, items, or services and (f) the date on which the benefits, items, or services were provided.  When the claim was submitted, the provider certified that the contents of the form were true, correct, and complete, and that the form was prepared in compliance with the laws and regulations governing the Medicare program.

7. Medicare, through Cigna, would generally pay a substantial portion of the cost of the DME or related health care benefits, items and services if they were medically necessary and ordered by licensed doctors or other licensed, qualified health care providers.

8. Payments under Medicare Part B were often made directly to the DME company.  For this to occur, the beneficiary would assign the right of payment to the DME company or other health care providers.  Once such an assignment took place, the DME company would assume the responsibility for submitting claims to and receiving payments from Medicare.

9. Defendant GODSPOWER JOSEPH ESSANG owned, operated and managed  Shalom Equipment (Shalom), a company operating out of 2227A

Woodward Avenue, Shreveport, Louisiana. In documents that Shalom submitted in connection with its application for a Medicare supplier number, ESSANG is not identified as having any role in the company. DL is identified as the owner, however, she was a nominee.

10. Among other things, Shalom engaged in the business of providing what were referred to as "ortho kits." Each kit basically consisted of braces for various parts of the body.

11. Defendant GODSPOWER JOSEPH ESSANG paid individuals for identifying information of beneficiaries and referring physicians. This identifying information was needed in order to complete the submission of a CMS-1500.

12. Defendant GODSPOWER JOSEPH ESSANG submitted CMS-1500s for beneficiaries who did not need, were not prescribed and/or did not receive the orthotics.

13. Defendant GODSPOWER JOSEPH ESSANG utilized the information of referring physicians who had not seen and/or did not prescribe the orthotics.

14. Beginning on or about the 12th day of August, 2007, and continuing until on or about the 21st day of October, 2008, Defendant GODSPOWER JOSEPH ESSANG engaged in a scheme to defraud Medicare in violation of Title 18, United States Code, Sections 1347. During that period,

Defendant submitted and caused to be submitted claims to Medicare in the amount of $1,223, 255.

B.   THE OFFENSE

On or about the 4th day of April, 2008, in the Western District of Louisiana and elsewhere, Defendant GODSPOWER JOSEPH ESSANG did knowingly conduct and cause to be conducted a financial transaction affecting interstate commerce, to wit, a Shalom Equipment, Inc. check made payable to Egan Properties in the amount of $500, which involved the proceeds of a specified unlawful activity, that is, health care fraud, with the intent to promote the carrying on of a specified unlawful activity and that while conducting and causing to be conducted such financial transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, all in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

        STEPHANIE A. FINLEY
        United States Attorney

By:   /s Mignonne Griffing
      C. MIGNONNE GRIFFING, #19601
      Assistant United States Attorney
      300 Fannin Street, Suite 3201
      Shreveport, LA  71101
      318/676-3600
      Mignonne.Griffing@usdoj.gov